**Debra TAYLOR, Respondent,**

v.

**MICROSURGERY AND BRAIN RESEARCH INSTITUTE, P.C., Appellant.**

**No. ED 86361.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 9, 2006.

Kevin J. Adrian, T. Michael Ward, Brown & James, P.C., St. Louis, MO, for appellant.

Rocco A. Marrese, Law Office of Rocco A. Marrese, M.D., LLC, Edwardsville, IL, for respondent.

Before MARY K. HOFF, P.J. and CLIFFORD H. AHRENS, J. and PATRICIA L. COHEN, J.

### ORDER

PER CURIAM.

Microsurgery and Brain Research Institute, P.C., (Defendant) appeals from the trial court's judgment (judgment) entered after a jury verdict in favor of Debra Taylor (Plaintiff) on Plaintiff's petition al-

leging medical negligence against Defendant and requesting damages.[1]

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment pursuant to Rule 84.16(b).

---

1. Plaintiff's motion for award of damages for

frivolous appeal is hereby denied.